UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 21-13912
Iesha Holiday )
)
) Chapter: 13
)
) Honorable Carol A. Doyle
)
)
Debtor(s) )

**ORDER ALLOWING CHAPTER 13 COMPENSATION UNDER COURT-APPROVED RETENTION AGREEMENT**
(Use for cases filed on or after April 20, 2015)

On the application of debtor(s)' counsel for compensation for representing the debtor(s) in this case and pursuant to the Court-Approved Retention Agreement executed by debtor(s) and counsel, the court grants the application based on its finding that the allowance is reasonable

| | |
|---:|---|
| $0.00 | for legal services through confirmation of the plan. |
| $4,500.00 | for legal services through conclusion of the case. |
| $0.00 | for legal services after confirmation of the plan. |
| $368.00 | for reimbursable expenses. |
| $4,868.00 | **total fees and reimbursement allowed.** |
| $ -250.00 | less payment received from debtor prior to date of application. |
| $4,618.00 | **balance allowed under this order.** |

Enter:

United States Bankruptcy Judge

Dated: March 01, 2022

**Fees Payable to:**
The Semrad Law Firm, LLC

20 S Clark, 28th Floor

Chicago, IL 60603

312-913-0625